KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416



# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| MITCHELL DEAN MCCUISTION<br>PAMELA MCCUISTION | Bankruptcy No. 08-27524 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The unclaimed funds are on deposit in JP Morgan Chase Bank, Account # 92000242904066.

3. The amounts are as follows:

| | |
|---|---|
| James R. Evans<br>Engineering Geologist<br>2926 Harris Drive<br>Vista CA 92084 | $ 4.31 |
| Lincoln General Insurance<br>Surety Bond Claims<br>4902 Eisenhower Boulevard, Ste 155<br>Tampa, FL 33634 | 4.32 |
| West Verizon Wireless<br>Verizon Wireless<br>P.O. Box 3397<br>Bloomington IL 61702 | .99 |
| Verizon Wireless<br>P.O. Box 3397<br>Bloomington IL 61702 | .99 |



4. A check in the amount of $10.61, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 24 day of March, 2010.

_____
KENNETH A. RUSHTON, Trustee

2

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this _24_ day of _March_, 2010.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111